```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602042401
Cashier ID: kruffin
Transaction Date: 09/12/2016
Payer Name: DAVID SCHOEN ATTY AT LAW
------------------------------------
CIVIL FILING FEE
 For: DAVID SCHOEN ATTY AT LAW
 Case/Party: D-ALM-2-16-CV-000755-001
 Amount:         $400.00
------------------------------------
CHECK
 Check/Money Order Num: 1100
 Amt Tendered: $400.00
------------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00

2:16-CV-755-MHT-GMB

DE LAW FUENTE ET AL V. MERRILL
```